UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC.,

Defendant(s).

Case No. 4:23-cv-03277-HSG

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Stuart A. Davidson, an active member in good standing of the bar of Florida and Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Anthony Morris in the above-entitled action. My local co-counsel in this case is Shawn A. Williams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 213113.

| | |
|---|---|
| 225 NE Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432 | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 561/750-3000 | 415/288-4545 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| sdavidson@rgrdlaw.com | shawnw@rgrdlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0084824 (FL) 400754 (MN).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  four  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 2, 2023

Stuart A. Davidson
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Stuart A. Davidson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  8/2/2023

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon   )   In Re:   0084824
Stuart Andrew Davidson
Robbins Geller Rudman & Dowd LLP
120 E Palmetto Park Rd Ste 500
Boca Raton, FL 33432-4809

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 26, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 27th day of **October**, **2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-204171