|     |     |
| --- | --- |
| 1   | UNITED STATES DISTRICT COURT |
| 2   | NORTHERN DISTRICT OF CALIFORNIA |

ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC.,

Defendant(s).

Case No. 4:23-cv-03277-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Lindsey H. Taylor, an active member in good standing of the bar of Florida, New Jersey, and New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Anthony Morris in the above-entitled action. My local co-counsel in this case is Shawn A. Williams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 213113.

| 225 NE Mizner Boulevard, Suite 720 | Post Montgomery Center |
| Boca Raton, FL 33432 | One Montgomery Street, Suite 1800 |
|  | San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 561/750-3000 | 415/288-4545 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ltaylor@rgrdlaw.com | shawnw@rgrdlaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1027908, 106781986, 2111177, respectively.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 2, 2023

Lindsey H. Taylor
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lindsey H. Taylor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/3/2023

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

| | |
|---|---|
| **Joshua E. Doyle** | 850/561-5600 |
| Executive Director | www.FLORIDABAR.org |

State of Florida   )

County of Leon    )    In Re:  1027908
Lindsey Handley Taylor
Mr. Lindsey H. Taylor
225 NE Mizner Blvd Ste 720
Boca Raton, FL 33432-4080

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 13, 2021**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  2nd  day of **August, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-240349