| | |
|---|---|
| ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>Shawn A. Williams (SBN 213113)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>shawnw@rgrdlaw.com<br><br>– and –<br><br>Stuart A. Davidson<br>Bradley M. Beall<br>225 N.E. Mizner Boulevard, Suite 720<br>Boca Raton, FL  33432<br>Telephone:  561/750-3000<br>561/750-3364 (fax)<br>sdavidson@rgrdlaw.com<br>bbeall@rgrdlaw.com | SELENDY GAY ELSBERG PLLC<br>Sean Baldwin<br>Zachary Smith<br>1290 Avenue of the Americas<br>New York, NY  10104<br>Telephone:  212/390-9000<br>212/390-9399 (fax)<br>sbaldwin@selendygay.com<br>jgoldstein@selendygay.com<br>zsmith@selendygay.com<br><br>SEEGER WEISS LLP<br>Christopher Ayers<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Telephone:  973/639-9100<br>973/679-8656 (fax)<br>cayers@segerweiss.com |

[Additional counsel listed in signature block]

*Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendants. | Case No. 4:23-CV-03277-HSG<br><br>**AMENDED JOINT STIPULATION AND ORDER TO EXTEND MOTION TO DISMISS BRIEFING SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-1 and 6-2, Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc. ("Defendants") and Plaintiff Anthony Morris ("Plaintiff" and together with Defendants, "Parties") stipulate as follows:

**WHEREAS**, Defendants requested, and Plaintiff agreed, to stipulate to an extension of Defendants' time to respond to Plaintiff's complaint, *see* ECF 7;

**WHEREAS**, Defendants filed a motion to dismiss Plaintiff's complaint on July 31, 2023, *see* ECF 19, noted for October 5, 2023, which seeks to wholly dismiss Plaintiff's claims;

**WHEREAS**, Plaintiff currently has until August 14, 2023 to oppose Defendants' motion to dismiss;

**WHEREAS**, Defendants currently have until August 21, 2023 to reply to Plaintiff's opposition to Defendants motion to dismiss;

**WHEREAS**, the Parties seek additional time to respond given existing obligations in other matters;

**WHEREAS**, besides the Parties' stipulated extension of Defendants' time to respond to Plaintiff's complaint, there have been no other time modifications in this case;

WHEREAS, in its July 17, 2023 Order Setting Initial Case Management Conference and ADR Deadlines ("Case Management Order"), this Court ordered the Parties to i) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery, and ii) file an ADR certification by September 12, 2023, *see* ECF 13;

**WHEREAS**, in its Case Management Order, the Court further ordered that the Parties file a Rule 26(f) report, complete initial disclosures, and file a case management statement by September 26, 2023, *see* ECF 13;

**WHEREAS**, the Court scheduled an initial case management conference on October 3, 2023, *see* ECF 13;

**WHEREAS**, if the initial case management conference is continued, the Parties must i) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery, and ii) file the ADR certification, 21 days in advance of the initial case management conference, *see* ECF 13 at 2;

**WHEREAS**, if the initial case management conference is continued, the Parties must file a Rule 26(f) report, complete initial disclosures, and file a case management statement 7 days in advance of the initial case management conference, *see* ECF 13 at 2;

**WHEREAS**, the next available hearing date on the Court's calendar after proposed briefing on Defendant's Motion to Dismiss is complete is November 16, 2023; and

**WHEREAS**, the Parties agree that initial case management matters should be continued until the hearing date on Defendants' Motion to Dismiss.

**THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their undersigned counsel, that:

1. Plaintiff shall oppose Defendants' Motion to Dismiss by September 29, 2023;

2. Defendants shall reply to Plaintiff's Opposition by October 30, 2023;

3. The initial case management conference previously scheduled for October 3, 2023, and Defendant's Motion to Dismiss previously noted for October 5, 2023, are both continued until November 16, 2023 at 2:00 PM.

4. The Parties shall i) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery, and ii) file the ADR certification, 21 days in advance of the rescheduled initial case management conference; and

5. The Parties shall file a Rule 26(f) report, complete initial disclosures, and file a case management statement 7 days in advance of the rescheduled initial case management conference;

6. The Parties reserve all rights not addressed in this stipulation.

[Signatures on following pages]

| | | |
|---|---|---|
| 1 | Dated: August 10, 2023 | **WINSTON & STRAWN LLP** |
| 2 | | By: */s/ Amanda L. Groves* |
| 3 | | Amanda L. Groves |
| | | agroves@winston.com |
| 4 | | 333 S. Grand Avenue, 38th Floor |
| | | Los Angeles, CA 90071 |
| 5 | | Telephone: (213) 615-1700 |
| 6 | | Facsimile: (213) 615-1750 |
| 7 | | Kobi K. Brinson *(pro hac vice)* |
| | | kbrinson@winston.com |
| 8 | | Stacie C. Knight *(pro hac vice)* |
| | | sknight@winston.com |
| 9 | | 300 South Tryon Street, 16th Floor |
| 10 | | Charlotte, NC 28202 |
| | | Telephone: (704) 350-7700 |
| 11 | | Facsimile: (704) 350-7800 |
| 12 | | *Attorney for Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc* |
| 13 | | |
| 14 | | |
| | | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 15 | | |
| 16 | | By: */s/ Stuart A. Davidson* |
| | | Stuart A. Davidson* |
| 17 | | Bradley M. Beall** |
| | | 225 N.E. Mizner Boulevard, Suite 720 |
| 18 | | Boca Raton, FL 33432 |
| | | Telephone: 561/750-3000 |
| 19 | | 561/750-3364 (fax) |
| | | sdavidson@rgrdlaw.com |
| 20 | | bbeall@rgrdlaw.com |
| 21 | | Shawn A. Williams |
| | | Post Montgomery Center |
| 22 | | One Montgomery Street, Suite 1800 |
| | | San Francisco, CA 94104 |
| 23 | | Telephone: 415/288-4545 |
| | | 415/288-4534 (fax) |
| 24 | | shawnw@rgrdlaw.com |

– 4 –

AMENDED JOINT STIP. AND ORDER TO EXTEND BRIEFING SCHEDULE OF MOT. TO DISMISS
CASE NO. 4:23-CV-03277-HSG

4870-2774-4118.v1

Chad Johnson*
Noam Mandel**
Desiree Cummings**
Jonathan Zweig**
420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
ChadJ@rgrdlaw.com
Noam@rgrdlaw.com
DCummings@rgrdlaw.com
JZweig@rgrdlaw.com

**SELENDY GAY ELSBERG PLLC**
Sean Baldwin*
Zachary Smith*
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/390-9000
212/390-9399 (fax)
sbaldwin@selendygay.com
jgoldstein@selendygay.com
zsmith@selendygay.com

**SEEGER WEISS LLP**
Christopher Ayers**
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone:  973/639-9100
973/679-8656 (fax)
cayers@segerweiss.com

*Attorneys for Plaintiff and the Proposed Classes*

*Pro hac vice*
**Pro hac vice* forthcoming

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: _/s/ Stuart A. Davidson_
STUART A. DAVIDSON

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2023, I electronically filed the foregoing document entitled AMENDED JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated:    August 9, 2023

/s/ *Stuart A. Davidson*
STUART A. DAVIDSON

\* \* \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/10/2023

THE HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT JUDGE