Amanda L. Groves (SBN 187216)
agroves@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kobi K. Brinson (*pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (*pro hac vice*)
sknight@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for Defendants*
*Wells Fargo & Company and*
*Wells Fargo Bank, N.A*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. **4:23-cv-03277-HSG**<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**<br><br>Complaint Filed: May 23, 2023 |

Pursuant to Civil Local Rule 6-1(b), Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants") and Plaintiff Anthony Morris ("Plaintiff") stipulate as follows:

WHEREAS, on February 26, 2024, Defendants' Motion to Dismiss was granted, with leave to amend, *see* ECF No. 52;

WHEREAS, Plaintiff filed an Amended Complaint on March 18, 2024, *see* ECF No. 56;

WHEREAS, Defendants' deadline to respond to the Amended Complaint is April 1, 2024;

WHEREAS, Defendants have requested, and Plaintiff has consented to, additional time for Defendants to respond to Plaintiff's Amended Complaint, through and including April 25, 2024;

WHEREAS, the parties have agreed to the following briefing schedule with respect to Plaintiff's Amended Complaint, should Defendants file a motion to dismiss:

| Date | Pleading |
|---|---|
| April 25, 2024 | Deadline for Defendants to respond to the Amended Complaint |
| May 28, 2024 | Deadline for Plaintiff to file his opposition to any motion to dismiss |
| June 18, 2024 | Deadline for Defendants to file a reply in support of any motion to dismiss |

WHEREAS, the only prior time modification was the earlier stipulated enlargements of time for Defendants' response to Plaintiff's original Complaint, *see* ECF No. 7;

WHEREAS, current Court-ordered event dates or deadlines are not affected by this stipulation;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Defendants shall answer or otherwise respond to Plaintiff's Amended Complaint by April 25, 2024; Plaintiff's deadline to file his opposition to any motion to dismiss is May 28, 2024; and Defendants' deadline to file a reply in support of any motion to dismiss is June 18, 2024.

Dated:  March 27, 2024

**WINSTON & STRAWN LLP**

By: */s/ Amanda L. Groves*
Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

1    Kobi K. Brinson *(pro hac vice)*
     kbrinson@winston.com
2    Stacie C. Knight *(pro hac vice)*
     sknight@winston.com
3    300 South Tryon Street, 16th Floor
     Charlotte, NC 28202
4    Telephone: (704) 350-7700
     Facsimile:  (704) 350-7800

5
     *Attorney for Defendants*
6    *Wells Fargo & Company, and*
     *Wells Fargo Bank, N.A.*

7

8    **ROBBINS GELLER RUDMAN & DOWD LLP**

9    By: */s/ Stuart A. Davidson*

10   STUART A. DAVIDSON
     BRADLEY M. BEALL
11   225 N.E. Mizner Boulevard, Suite 720
     Boca Raton, FL 33432
12   Telephone: 561/750-3000
     561/750-3364 (fax)
13   sdavidson@rgrdlaw.com
     bbeall@rgrdlaw.com

14

15   SHAWN A. WILLIAMS
     Post Montgomery Center
16   One Montgomery Street, Suite 1800
     San Francisco, CA 94104
17   Telephone: 415/288-4545
     415/288-4534 (fax)
18   shawnw@rgrdlaw.com

19   SELENDY GAY ELSBERG PLLC
     SEAN BALDWIN
20   JORDAN GOLDSTEIN
     ZACHARY SMITH
21   1290 Avenue of the Americas
     New York, NY 10104
22   Telephone: 212/390-9000
     212/390-9399 (fax)
23   sbaldwin@selendygay.com
     jgoldstein@selendygay.com
24   zsmith@selendygay.com

25   *Attorneys for Plaintiff and*
     *the Proposed Classes*

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

2

      Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in

3

the filing of this document has been obtained from the signatories above.

4

5

Dated:  March 27, 2024                    By:    */s/ Amanda L. Groves*
                                                 Amanda L. Groves

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2        Pursuant to the Stipulation and good cause appearing, it is ordered that Defendants shall

3 answer or otherwise respond to Plaintiff's Amended Complaint by April 25, 2024; Plaintiff's

4 deadline to file his opposition to any motion to dismiss is May 28, 2024; and Defendants' deadline to

5 file a reply in support of any motion to dismiss is June 18, 2024.

6

7 **IT IS SO ORDERED**.

8

Dated: 3/27/2024

9                                              The Honorable Haywood S. Gilliam, Jr.
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28