1  Amanda L. Groves (SBN 187216)
   agroves@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue, 38th Floor
3  Los Angeles, CA 90071
   Telephone: (213) 615-1700
4  Facsimile:  (213) 615-1750

5  Kobi K. Brinson (*pro hac vice*)
   kbrinson@winston.com
6  Stacie C. Knight (*pro hac vice*)
   sknight@winston.com
7  WINSTON & STRAWN LLP
   300 South Tryon Street, 16th Floor
8  Charlotte, NC 28202
   Telephone: (704) 350-7700
9  Facsimile:  (704) 350-7800

10 *Attorneys for Defendants*
   *Wells Fargo & Company and*
11 *Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. **4:23-cv-03277-HSG**<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO ANSWER AMENDED COMPLAINT**<br><br>Complaint Filed: May 23, 2023 |

Pursuant to Civil Local Rule 6-1(b), Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants") and Plaintiff Anthony Morris ("Plaintiff") stipulate as follows:

WHEREAS, on December 18, 2024, Defendants' Motion to Dismiss was granted in part, without leave to amend, and denied in part, *see* ECF No. 69;

WHEREAS, Defendants' deadline to answer the Amended Complaint is January 2, 2025;

WHEREAS, Defendants have requested, and Plaintiff has consented to, additional time for Defendants to answer Plaintiff's Amended Complaint, through and including January 13, 2025;

1
2      WHEREAS, the only prior time modifications were the earlier stipulated enlargements of
3  time for Defendants' response to Plaintiff's original Complaint, *see* ECF No. 7, and the earlier
4  stipulated enlargements of time for Defendants' response to Plaintiff's Amended Complaint, *see*
5  ECF No. 60.
6      WHEREAS, current Court-ordered event dates or deadlines are not affected by this
7  stipulation;
8      THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that Defendants
9  shall answer Plaintiff's Amended Complaint by January 13, 2025.
10
11  Dated: December 23, 2024

**WINSTON & STRAWN LLP**

By:  */s/ Amanda L. Groves*

Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kobi K. Brinson *(pro hac vice)*
kbrinson@winston.com
Stacie C. Knight *(pro hac vice)*
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorney for Defendants Wells Fargo & Company, and Wells Fargo Bank, N.A.*

**ROBBINS GELLER RUDMAN & DOWD LLP**

By:  */s/ Stuart A. Davidson*

STUART A. DAVIDSON
FACUNDO M. SCIALPI
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

– 2 –
JOINT STIPULATION AND ORDER TO EXTEND TIME TO ANSWER AMENDED COMPLAINT
CASE NO. 4:23-cv-03277-HSG

sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com

SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

SELENDY GAY ELSBERG PLLC
SEAN BALDWIN
JORDAN GOLDSTEIN
ZACHARY SMITH
DRAKE REED
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/390-9000
212/390-9399 (fax)
sbaldwin@selendygay.com
jgoldstein@selendygay.com
zsmith@selendygay.com
dreed@selendygay.com

*Attorneys for Plaintiff and the Proposed Classes*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Amanda L. Groves*
Amanda L. Groves

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2024, I electronically filed the foregoing document entitled JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER AMENDED COMPLAINT with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated:  December 23, 2024          By:     */s/ Amanda L. Groves*
                                           Amanda L. Groves

**ORDER**

Pursuant to the Stipulation and good cause appearing, it is ordered that Defendants shall answer Plaintiff's Amended Complaint by January 13, 2025.

**IT IS SO ORDERED**.

Dated: 12/23/2024

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge