UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff(s)<br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>                Defendant(s) | CASE No C 4:23-CV-03277-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |
|---|---|

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Private mediation with Michelle Yoshida, Phillips ADR

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: February 27, 2026

Date: February 3, 2025     /s/ Sean P. Baldwin
                                  Attorney for Plaintiff

Date: February 3, 2025     /s/ Amanda L. Groves
                                  Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 2/4/2025

*(signature)* Haywood S. Gilliam Jr.
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.
By: /s/ Amanda L. Groves