UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC.,

Defendant(s).

Case No. 4:23-cv-03277-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Danny Shokry, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Anthony Morris in the above-entitled action. My local co-counsel in this case is Shawn A. Williams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 213113.

| | |
|---|---|
| Selendy Gay PLLC<br>1290 Avenue of the Americas<br>New York, NY 10104<br>MY ADDRESS OF RECORD | Robbins Geller Rudman & Dowd LLP<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 390-9811<br>MY TELEPHONE # OF RECORD | (415) 288-4545<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dshokry@selendygay.com<br>MY EMAIL ADDRESS OF RECORD | shawnw@rgrdlaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6196455.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 15, 2025

Danny Shokry
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Danny Shokry is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/15/2025

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

---

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Danny Shokry

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 4, 2025**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 15, 2025.*

*Clerk of the Court*

CertID-00246287



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

    Bar examination history is available from the New York State Board of Law Examiners.

    Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024