UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORRIS,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | Case No. 23-cv-03277-HSG<br><br>**AMENDED SCHEDULING ORDER** |

Having considered the parties' proposals, *see* Dkt. No. 122, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Substantial completion of document productions | October 28, 2025 |
| Close of fact discovery | November 28, 2025 |
| Deadline for Plaintiff's motion for class certification, and for disclosures and reports of any experts Plaintiff intends to rely on at class certification | December 29, 2025 |
| Deadline for Defendants' opposition to a motion for class certification; for Defendants' disclosures and reports of any experts Defendants intend to rely on at class certification; and for any motion by Defendants to limit or exclude Plaintiff's class certification expert testimony based on *Daubert* or any other basis | February 20, 2026 |
| Deadline for Plaintiff's reply in support of a motion for class certification; deadline for Plaintiff to challenge Defendants' class certification expert testimony based on | March 20, 2026 |

| | |
|---|---|
| *Daubert* or any other basis | |
| Hearing on motion for class certification | April 9, 2026, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   9/9/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2