# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> WELLS FARGO & COMPANY, et al., <br><br> Defendants. | Case No. 4:23-cv-03277-HSG <br><br> <u>CLASS ACTION</u> |

## ORDER TO AMEND SCHEDULING ORDER

Having read and considered the Joint Stipulation and [Proposed] Order to Extend Deadline to Participate in Private ADR Process, the Stipulation is approved. The Court orders that the deadline to hold the ADR session be set as May 15, 2026.

**IT IS SO ORDERED**.

DATED: 12/12/2025

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 1 -