UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC.,

Defendant(s).

Case No. 4:23-cv-03277-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Jeremiah Aaron Jenkins, an active member in good standing of the bar of North Carolina, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Wells Fargo & Company, Wells Fargo Bank, N.A., and Wells Fargo Home Mortgage, Inc. in the above-entitled action. My local co-counsel in this case is Amanda L. Groves, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 187216.

| | |
|---|---|
| McGuireWoods<br>201 North Tryon Street, Suite 3000, Charlotte, NC 28202<br>MY ADDRESS OF RECORD | Winston & Strawn LLP<br>333 S. Grand Avenue, 38th Floor Los Angeles, CA 90071<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (704) 343-2258<br>MY TELEPHONE # OF RECORD | (213) 615-1700<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| JJenkins@mcguirewoods.com<br>MY EMAIL ADDRESS OF RECORD | agroves@winston.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 34829.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2025

*/s/ Jeremiah Aaron Jenkins*
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeremiah Aaron Jenkins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/22/2025

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __North Carolina__

**CERTIFICATE OF GOOD STANDING**

I, __Katherine H. Simon__, Clerk of this Court, certify that __Jeremiah A. Jenkins__, Bar # __34829__, was duly admitted to practice in this Court on

__4/27/2006__
DATE

, and is in good standing as a member of the Bar of this Court.

Dated at __Charlotte__ on __12/1/2025__.
         LOCATION              DATE

_____
CLERK

_____
DEPUTY CLERK