1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone:  415/288-4545
   shawnw@rgrdlaw.com
5       – and –
   ROBBINS GELLER RUDMAN
6    & DOWD LLP
   STUART A. DAVIDSON
7  FACUNDO SCIALPI
   225 NE Mizner Boulevard, Suite 720
8  Boca Raton, FL  33432
   Telephone:  561/750-3000
9  sdavidson@rgrdlaw.com
   fscialpi@rgrdlaw.com
10
   Attorneys for Plaintiff and the Class
11
   [Additional counsel appear on signature page.]
12
                  UNITED STATES DISTRICT COURT
13
                  NORTHERN DISTRICT OF CALIFORNIA
14
                         OAKLAND DIVISION
15

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 4:23-cv-03277-HSG |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) | NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL |
| WELLS FARGO & COMPANY, et al., ) ) | |
| Defendants. ) ) | |

1  PLEASE TAKE NOTICE that pursuant to Civ. L.R. 11-5, plaintiff Anthony Morris' counsel, Christopher Chad Johnson and Lindsey Taylor of Robbins Geller Rudman & Dowd LLP, hereby respectfully move this Court to withdraw as counsel in this action. Plaintiff will continue to be represented by the additional attorneys of record from Robbins Geller and Selendy Gay. Mr. Morris was informed of the intent to withdraw counsel from the docket.

THEREFORE, plaintiff's counsel respectfully requests that this Court grant the motion to withdraw and enter the [Proposed] Order submitted herewith.

DATED: December 23, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON *
FACUNDO SCIALPI *

            s/ Stuart A. Davidson
            STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
shawnw@rgrdlaw.com

SELENDY GAY ELSBERG PLLC
SEAN BALDWIN *
DRAKE REED *
JACOB MAIMAN-STADTMAUER *
1290 Avenue of the Americas
New York, NY  10104
Telephone:  212/390-9000
sbaldwin@selendygay.com
dreed@selendygay.com
jmaimanstadtmauer@selendygay.com

|   |   |
|---|---|
| 1 | |
| 2 | SEEGER WEISS LLP<br>CHRISTOPHER L. AYERS *<br>STEVEN J. DAROCI * |
| 3 | 55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ  07660 |
| 4 | Telephone:  973/639-9100<br>cayers@seegerweiss.com |
| 5 | sdaroci@seegerweiss.com |
| 6 | Attorneys for Plaintiff and the Class |
| 7 | * *Pro hac vice* |