UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>                  Defendants. | Case No. 4:23-cv-03277-HSG<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL |

1  Upon consideration of the Notice of Motion and Motion to Withdraw as Counsel, and for good
2  cause shown, it is HEREBY ORDERED that Christopher Chad Johnson and Lindsey Taylor are hereby
3  withdrawn as counsel of record.  The clerk is directed to remove the above-named attorneys from the
4  docket as well as the ECF Service List.
5      IT IS SO ORDERED.
6  DATED:   12/23/225

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE

- 2 -
ORDER GRANTING NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL