UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | Case No. 4:23-cv-03277-HSG<br><br>CLASS ACTION |

**ORDER ENLARGING PAGE LIMITS FOR CLASS CERTIFICATION BRIEFING**

Having read and considered the Joint Stipulation and [Proposed] Order to Enlarge Page Limits for Class Certification Briefing, the Stipulation is approved. Plaintiff may file a motion for class certification not to exceed thirty (30) pages; Defendant may file an opposition to Plaintiff's motion for class certification not to exceed thirty (30) pages; and Plaintiff may file a reply brief in further support of his motion for class certification not to exceed eighteen (18) pages.

**IT IS SO ORDERED**.

DATED: 1/5/2026

The Honorable Haywood S. Gilliam Jr.
United States District Judge