| | |
|---|---|
| 1 | SELENDY GAY PLLC |
| 2 | Sean P. Baldwin<br>Drake Reed |
| 3 | Danny Shokry<br>1290 Avenue of the Americas |
| 4 | New York, NY  10104<br>Tel: 212-390-9000 |
| 5 | sbaldwin@selendygay.com<br>dreed@selendygay.com |
| 6 | dshokry@selendygay.com |
| 7 | *Attorneys for Plaintiff and the Class* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC.,<br><br>　　　　　　　Defendant. | Case No.:　　4:23-CV-03277-HSG<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL; ORDER**<br>Date　　　　　March 2, 2026<br>Time　　　　　2:00 PM<br>Judge:　　　　Hon. Haywood. S. Gilliam, Jr.<br>Courtroom:　　2, 4th Floor |

## ORDER

Based on Plaintiff's Motion to Withdraw, it is hereby ordered that Jacob Maiman-Stadtmauer be withdrawn as counsel for Plaintiff Anthony Morris in this matter.

**IT IS SO ORDERED**

DATED this 15th day of January, 2026.

*[signature: Haywood S. Gilliam, Jr.]*
The Honorable Haywood S. Gilliam, Jr.