UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MORRIS,

   Plaintiff,

  v.

WELLS FARGO & COMPANY, et al.,

   Defendants.

Case No.  23-cv-03277-HSG   (TSH)

**DISCOVERY ORDER**

Re: Dkt. Nos. 125, 138

  RFP 4.  Plaintiffs have made a persuasive evidentiary showing that Lori Barrett and Desiree Pelser should be added as custodians for purposes of this RFP, and the Court **ORDERS** Wells Fargo to do so and to conduct a reasonable search of their documents and communications. Wells Fargo is wrong that Plaintiffs' request is untimely or otherwise unjustified.

  RFP 3.  Plaintiffs' motion to compel is **GRANTED**.  The requested documents are relevant and responsive.  Because Plaintiffs are moving to compel documents contained in a noncustodial database that are organized by specific audit IDs, the Court does not think their request is burdensome.

  RFPs 1 and 2.  Plaintiffs' motion to compel is **DENIED**.  Plaintiffs do not directly challenge Wells' agreement to produce documents "sufficient to show," but their proposed search protocol is inappropriately burdensome for "sufficient to show" responses.

  **IT IS SO ORDERED.**

Dated: January 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge