UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MORRIS,

            Plaintiff,

    v.

WELLS FARGO & COMPANY, et al.,

            Defendants.

Case No.  23-cv-03277-HSG   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 139

Wells Fargo's motion to seal at ECF No. 139 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 27, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California