**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | **Case No. 4:23-cv-03277-HSG**<br><br>**ORDER ON JOINT STIPULATION REGARDING LEAVE FOR DEFENDANTS WELLS FARGO & COMPANY AND WELLS FARGO BANK, N.A. TO FILE AMENDED ANSWER** |

Having read and considered the Joint Stipulation Regarding Leave for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. to File Amended Answer, the Stipulation is approved. The Court orders that Defendants file an amended answer within seven days of this Order.

**IT IS SO ORDERED**.

Dated: 2/3/2026

The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge