UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY MORRIS,

Plaintiff,

v.

WELLS FARGO & COMPANY, et al.,

Defendants.

Case No. 23-cv-03277-HSG

**ORDER DENYING MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Re: Dkt. No. 110

Pending before the Court is Plaintiff's motion to consider whether another party's material should be sealed. Dkt. No. 110 (discussing redactions in Dkt. No. 109 and 109-2). Defendants state that the documents may be unsealed and filed publicly on the docket. Dkt. No. 112. Accordingly, the Court **DENIES** the motion, Dkt. No. 110, and **DIRECTS** Plaintiff to file an unredacted version of Dkt. No. 109 on the public docket within 7 days of this order.

**IT IS SO ORDERED.**

Dated: 2/12/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge