SELENDY GAY PLLC
Sean P. Baldwin
Drake Reed
1290 Avenue of the Americas
New York, NY  10104
Tel: 212-390-9000
sbaldwin@selendygay.com
dreed@selendygay.com

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC.,<br><br>Defendant. | Case No.:   4:23-CV-03277-HSG<br><br>**ORDER RE PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**<br>Date   March 19, 2026<br>Time   9:00 AM<br>Judge:   Hon. Haywood. S. Gilliam, Jr.<br>Courtroom:   2, 4th Floor |

**ORDER RE UNOPPOSED MOTION TO WITHDRAW**

Based on Plaintiff's Motion to Withdraw, it is hereby ordered that Danny Shokry be withdrawn as counsel for Plaintiff Anthony Morris in this matter.

**IT IS SO ORDERED**

DATED:  3/19/2026

_____
The Honorable Haywood S. Gilliam, Jr.