ROBBINS GELLER RUDMAN
  & DOWD LLP
Shawn A. Williams (SBN 213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
  – and –
Stuart A. Davidson
Facundo M. Scialpi
225 N.E. Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com

SELENDY GAY PLLC
Sean P. Baldwin
Drake Reed
1290 Avenue of the Americas
New York, NY  10104
Telephone:  212/390-9000
212/390-9399 (fax)
sbaldwin@selendygay.com
dreed@selendygay.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 4:23-cv-03277-HSG<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER RESCHEDULING HEARING ON MOTION FOR CLASS CERTIFICATION (as modified)** |

Pursuant to Local Rule 6-2, Plaintiff Anthony Morris ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants" and together with Plaintiff, "Parties") stipulate as follows:

WHEREAS, the Court entered a scheduling order on September 9, 2025, setting the hearing on the motion for class certification on April 9, 2026, *see* ECF 123.

WHEREAS, on November 26, 2025, the Parties filed a Joint Stipulation requesting the Court move the hearing on the motion for class certification to April 22, 2026, due to an injury that delayed a witness' deposition, *see* ECF 128;

WHEREAS, on December 1, 2025, the Court amended the scheduling order and set the hearing on the motion for class certification and related Daubert motions to April 23, 2026, *see* ECF 132;

WHEREAS, Plaintiff advised Defendants that unavoidable conflicts have arisen for Plaintiff

on April 23, 2026;

WHEREAS, the Parties have conferred and Plaintiff requested Defendants stipulation to alter the schedule.  Without agreeing that Plaintiff has established good cause, Defendants do not oppose moving the hearing on class certification and Daubert motions to April 3, May 7 or May 28, at the Court's convenience.

WHEREAS, in accordance with the above, Plaintiff requests and Defendants do not oppose that the Court reschedule the hearing on the motion for class certification and Daubert motions to May 28, 2026.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, between Plaintiff, by his undersigned counsel, and Defendants, by their undersigned counsel, that the hearing on the motion for class certification be rescheduled to May 28, 2026.

DATED:  March 23, 2026

**SELENDY GAY PLLC**

By: /s/ *Sean P. Baldwin*
Sean P. Baldwin*
Drake Reed*
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/390-9000
212/390-9399 (fax)
sbaldwin@selendygay.com
dreed@selendygay.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Shawn A. Williams
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

Stuart A. Davidson*
Facundo M. Scialpi*
225 N.E. Mizner Boulevard, Suite 720

**WINSTON & STRAWN LLP**

By: /s/ *Amanda L. Groves*
Amanda L. Groves
agroves@winston.com
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Kobi K. Brinson *(pro hac vice)*
kbrinson@winston.com
Stacie C. Knight *(pro hac vice)*
sknight@winston.com
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com

*Attorneys for Plaintiff and the Proposed
Class*

*Pro hac vice

JOINT STIPULATION AND ORDER
RESCHEDULING HEARING ON MOTION FOR CLASS CERTIFICATION
CASE NO. 4:23-cv-03277-HSG

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:    */s/ Sean P. Baldwin*
Sean P. Baldwin

JOINT STIPULATION AND ORDER
RESCHEDULING HEARING ON MOTION FOR CLASS CERTIFICATION
CASE NO. 4:23-cv-03277-HSG

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I electronically filed the foregoing document entitled Joint Stipulation and [Proposed] Order Rescheduling Hearing on Motion for Class Certification with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

Dated:  March 23, 2026                    By:     */s/ Sean P. Baldwin*
                                                       Sean P. Baldwin

JOINT STIPULATION AND ORDER
RESCHEDULING HEARING ON MOTION FOR CLASS CERTIFICATION
CASE NO. 4:23-CV-03277-HSG

**ORDER**

Having read and considered the Joint Stipulation Rescheduling Hearing on Motion for Class Certification, the Stipulation is approved. The Court orders the hearing on the motion for class certification and the motion to exclude are rescheduled to May 28, 2026 at 2:00 p.m.

**IT IS SO ORDERED**.

Dated: 3/23/2026

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge

JOINT STIPULATION AND ORDER
RESCHEDULING HEARING ON MOTION FOR CLASS CERTIFICATION
CASE NO. 4:23-cv-03277-HSG