Amanda L. Groves (SBN 187216)
agroves@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Kobi K. Brinson (*pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (*pro hac vice*)
sknight@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile:  (704) 350-7800

*Attorneys for Defendants*
*Wells Fargo & Company and*
*Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | Case No. 4:23-cv-03277-HSG<br><br>CLASS ACTION<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF DAUBERT MOTION** |

Pursuant to Local Rule 6-2, Plaintiff Anthony Morris ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants" and together with Plaintiff, "Parties") stipulate as follows:

WHEREAS, on December 1, 2025, the Court entered an Amended Scheduling Order that, *inter alia*, set March 5, 2026, as the "[d]eadline . . . for any motion by Defendants to limit or exclude Plaintiff's class certification expert testimony based on *Daubert* or any other basis" (ECF No. 132);

WHEREAS, on March 5, 2026, Defendants filed a Motion to Exclude the Opinion Testimony of Christopher Milner (ECF No. 170), one of the experts on which Plaintiff relies for his pending Motion for Class Certification (ECF Nos. 152-2, 152-15);

WHEREAS, on March 19, 2026, Plaintiff filed his Opposition to the Motion to Exclude the Opinion Testimony of Christopher Milner (ECF No. 174);

WHEREAS, pursuant to Local Rule 7-3(c), Defendants' Reply Brief in Support of the Motion to Exclude the Opinion Testimony of Christopher Milner is due Thursday, March 26, 2026;

WHEREAS, extenuating personal circumstances have caused undue hardship for Defendants' counsel to meet the current deadline;

WHEREAS, the hearing on the subject *Daubert* motion is on May 28, 2026;

WHEREAS, the Parties have agreed to move Defendants' deadline to file their reply brief to Monday, March 30, 2026;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Defendants to file a reply brief in support of the Motion to Exclude the Opinion Testimony of Christopher Milner shall be March 30, 2026.

Based on the above stipulation, the Parties jointly ask the Court to enter the proposed order filed herewith.

DATED:  March 24, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON *
FACUNDO SCIALPI *

WINSTON & STRAWN LLP
AMANDA L. GROVES

             /s/ Drake Reed
            DRAKE REED

             /s/ Amanda L. Groves
            AMANDA L. GROVES

Stuart Davidson
Facundo Scialpi
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com
ROBBINS GELLER RUDMAN
    & DOWD LLP
Shawn A. Williams
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

Amanda L. Groves
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213/615-1700
agroves@winston.com

Kobi K. Brinson (*pro hac vice*)
Stacie C. Knight (*pro hac vice*)
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: 704/350-7700
kbrinson@winston.com
sknight@winston.com

SELENDY GAY PLLC
Sean Baldwin *
Drake Reed *
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/390-9000
sbaldwin@selendygay.com
dreed@selendygay.com

*Attorneys for Defendants Wells Fargo &
Company and Wells Fargo Bank, N.A.,*

SEEGER WEISS LLP
Christopher Ayers*
Steven J. Daroci *
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973/639-9100
cayers@seegerweiss.com
sdaroci@seegerweiss.com

*Attorneys for Plaintiff and the Proposed Class*

* *Pro hac vice*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:    <u>/s/ Amanda L. Groves</u>
                    AMANDA L. GROVES

**ORDER**

Having read and considered the Joint Stipulation to Extend Defendants' Deadline to File Reply in Support of the Motion to Exclude the Opinion Testimony of Christopher Milner, the Court orders that Defendants' deadline to file a reply brief in support of their pending motion (ECF No. 170) be extended to Monday, March 30, 2026.


**IT IS SO ORDERED.**


Dated: 3/24/2026

The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge