Amanda L. Groves (SBN 187216)
agroves@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Kobi K. Brinson (*pro hac vice*)
kbrinson@winston.com
Stacie C. Knight (*pro hac vice*)
sknight@winston.com
WINSTON & STRAWN LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile:  (704) 350-7800

*Attorneys for Defendants*
*Wells Fargo & Company and*
*Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>Defendants. | Case No. 4:23-cv-03277-HSG<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO PARTICIPATE IN PRIVATE ADR PROCESS** |

Pursuant to Local Rule 6-2, Plaintiff Anthony Morris ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants" and together with Plaintiff, "Parties") stipulate as follows:

WHEREAS, on January 27, 2025, this Court entered a Scheduling Order (ECF No. 81), which set December 18, 2025, as the date for a hearing on a Motion for Class Certification;

WHEREAS, on February 4, 2025, this Court granted the Parties' Stipulation selecting Private ADR (ECF No. 85), which set February 26, 2026, as the deadline to hold the ADR session;

WHEREAS, on December 1, 2025, this Court entered the Amended Scheduling Order (ECF No. 132), which set April 23, 2026, as the date for a hearing on a Motion for Class Certification;

WHEREAS, on December 12, 2025, the Court granted the parties' joint stipulation to extend the deadline for the ADR session to May 15, 2026;

WHEREAS, on March 23, 2026, the Court granted the parties' joint stipulation to reschedule the hearing on the Motion for Class Certification and the motion to exclude expert testimony to May 28, 2026 (ECF No. 176);

WHEREAS, the Parties have agreed to and scheduled a mediation before Michelle Yoshida on July 21, 2026, which is after the current May 15, 2026 deadline but designed to fall sufficiently after the class certification and Daubert hearing on May 28, 2026;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline to hold a private ADR Session with Michelle Yoshida of Phillips ADR should be moved to July 21, 2026.

Based on the above stipulation, the Parties jointly ask the Court to enter the proposed order filed herewith.

DATED:  March 24, 2026

ROBBINS GELLER RUDMAN
  & DOWD LLP

WINSTON & STRAWN LLP


*/s/ Drake Reed*
DRAKE REED

*/s/ Amanda L. Groves*
AMANDA L. GROVES

Stuart A. Davidson
Facundo M. Scialpi
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com
ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

Amanda L. Groves
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213/615-1700
agroves@winston.com


Kobi K. Brinson (*pro hac vice*)
Stacie C. Knight (*pro hac vice*)
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: 704/350-7700
kbrinson@winston.com
sknight@winston.com

SELENDY GAY PLLC
Sean Baldwin *
Drake Reed *
Danny Shokry *
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/390-9000
sbaldwin@selendygay.com
dreed@selendygay.com
dshokry@selendygay.com

*Attorneys for Defendants Wells Fargo &
Company and Wells Fargo Bank, N.A.,*

SEEGER WEISS LLP
Christopher Ayers*
Steven J. Daroci *
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: 973/639-9100
cayers@seegerweiss.com
sdaroci@seegerweiss.com

*Attorneys for Plaintiff and the Proposed Class*

* *Pro hac vice*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:     _/s/ Amanda L. Groves_
AMANDA L. GROVES

**ORDER**

Having read and considered the Joint Stipulation to Extend Deadline to Participate in Private ADR Process, the Court orders that the deadline for the parties to participate in the private ADR process is extended to July 21, 2026.

**IT IS SO ORDERED.**

Dated: 3/25/2026

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge