Amanda L. Groves (SBN 187216)
amanda.groves@winstontaylor.com
WINSTON TAYLOR LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Kobi K. Brinson (*pro hac vice*)
kobi.brinson@winstontaylor.com
Stacie C. Knight (*pro hac vice*)
stacie.knight@winstontaylor.com
WINSTON TAYLOR LLP
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: (704) 350-7700
Facsimile:  (704) 350-7800

*Attorneys for Defendants*
*Wells Fargo & Company and*
*Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated, ) | Case No. 4:23-cv-03277-HSG |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| vs. ) | **SECOND JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO PARTICIPATE IN PRIVATE ADR PROCESS** |
| WELLS FARGO & COMPANY, et al., ) | |
| Defendants. ) | |

Pursuant to Local Rule 6-2, Plaintiff Anthony Morris ("Plaintiff") and Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. ("Defendants" and together with Plaintiff, "Parties") stipulate as follows:

WHEREAS, on January 27, 2025, this Court entered a Scheduling Order (ECF No. 81), which set December 18, 2025, as the date for a hearing on a Motion for Class Certification;

WHEREAS, on February 4, 2025, this Court granted the Parties' Stipulation selecting Private ADR (ECF No. 85), which set February 26, 2026, as the deadline to hold the ADR session;

WHEREAS, on December 1, 2025, this Court entered the Amended Scheduling Order (ECF No. 132), which set April 23, 2026, as the date for a hearing on a Motion for Class Certification;

WHEREAS, on December 12, 2025, the Court granted the parties' joint stipulation to extend the deadline for the ADR session to May 15, 2026;

WHEREAS, on March 23, 2026, the Court granted the parties' joint stipulation to reschedule the hearing on the Motion for Class Certification and the motion to exclude expert testimony to May 28, 2026 (ECF No. 176);

WHEREAS, on March 25, 2026, the Court granted the parties' joint stipulation to further extend the ADR deadline to July 21, 2026 (ECF No. 180), given the rescheduling of the hearing on the Motion for Class Certification and the motion to exclude expert testimony.

WHEREAS, on May 28, 2026, the Court held the hearing on the Motion for Class Certification and the motion to exclude expert testimony, and a ruling is pending.

WHEREAS, the Parties have agreed to further extend the deadline for the ADR session from July 21, 2026, to November 19, 2026, and have rescheduled their private mediation for November 19, 2026, in consideration of the Court's anticipated rulings on the pending motions.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline to hold a private ADR Session should be moved to November 19, 2026.

Based on the above stipulation, the Parties jointly ask the Court to enter the proposed order filed herewith.

DATED:  July 10, 2026

| ROBBINS GELLER RUDMAN & DOWD LLP | WINSTON TAYLOR LLP |
|---|---|

/s/ Stuart A. Davidson
STUART A. DAVIDSON

/s/ Amanda L. Groves
AMANDA L. GROVES

Stuart A. Davidson*
Facundo M. Scialpi*
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
fscialpi@rgrdlaw.com

Amanda L. Groves
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Telephone: 213/615-1700
amanda.groves@winstontaylor.com

ROBBINS GELLER RUDMAN & DOWD LLP
SHAWN A. WILLIAMS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
shawnw@rgrdlaw.com

Kobi K. Brinson (*pro hac vice*)
Stacie C. Knight (*pro hac vice*)
300 South Tryon Street, 16th Floor
Charlotte, NC 28202
Telephone: 704/350-7700
kobi.brinson@winstontaylor.com
stacie.knight@winstontaylor.com

SELENDY GAY PLLC
Sean Baldwin*
Drake Reed*

1290 Avenue of the Americas
New York, NY 10104
Telephone: 212/390-9000
sbaldwin@selendygay.com
dreed@selendygay.com
dshokry@selendygay.com

William Greg Fox, Jr. (*pro hac vice*)
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
william.fox@winstontaylor.com

*Attorneys for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.,*

*Attorneys for Plaintiff and the Proposed Class*

* Pro hac vice

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By:    _/s/ Amanda L. Groves_
       AMANDA L. GROVES

SECOND JOINT STIPULATION TO EXTEND DEADLINE TO PARTICIPATE IN PRIVATE ADR PROCESS
Case No. 4:23-cv-03277-HSG
-4-

**ORDER**

Having read and considered the Second Joint Stipulation to Extend Deadline to Participate in Private ADR Process, the Court orders that the deadline for the parties to participate in the private ADR process is extended to November 19, 2026.

**IT IS SO ORDERED.**

Dated: 7/13/2026

_____
The Honorable Haywood S. Gilliam, Jr.
U.S. District Judge