**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY MORRIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. **4:23-cv-03277-HSG**<br><br>**ORDER OF DISMISSAL** |

Having read and considered the stipulated notice of dismissal with prejudice, the Stipulation is approved and the above captioned case is dismissed with prejudice, with each party bearing his or its own fees and costs.

**IT IS SO ORDERED**.

Dated: 9/23/2026

Haywood S. Gilliam, Jr.

The Honorable Haywood S. Gilliam, Jr.
United States District Judge